UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELAINE WHIGHAM WILLIAMS,

    Plaintiff,

v.

Case No: 6:16-cv-9-Orl-18KRS

GAETANO ACERRA, OFFICER GRIMES, JEFFERY LEE WALKER, RAMIRO GARCIA, JANETTE BOUETTE, TAMELA MANN, DAVID MANN, ELIZA MURPHY and ABC GOOD MORNING AMERICA,

    Defendants.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Elaine Whigham Williams's Request to Waive All Fees to File Original Complaint (Doc. 2). On January 7, 2016, United States Magistrate Judge Karla R. Spaulding issued a Report and Recommendation recommending that Williams's motion be denied and that the case be dismissed (Doc. 4), to which no timely objections were filed. Having reviewed the Report and Recommendation (Doc. 4) and filings in this case, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 4) is hereby **APPROVED, ADOPTED,** and **CONFIRMED** in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Elaine Whigham Williams's Request to Waive All Fees to File Original Complaint (Doc. 2) is **DENIED**.

3. Plaintiff Elaine Whigham Williams's Complaint (Doc. 1) and the addendum thereto (Doc. 3) are **DISMISSED**.

4. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** in Orlando, Florida on this 26 day of January, 2016.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties